

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2018

No. 04-18-00471-CR

**EX PARTE WINSTON CASINELLI**,

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018W0420
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on September 17, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court